No. 979.  ORLEANS PARISH SCHOOL BOARD *v.* BUSH ET AL.  C. A. 5th Cir.  Certiorari denied.  *Gerard A. Rault* for petitioner.  *Thurgood Marshall* for respondents.

No. 638, Misc.  CRAWFORD *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 645, Misc.  MATISHEK *v.* FAY, WARDEN.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 658, Misc.  WOJCULEWICZ *v.* CUMMINGS, WARDEN.  Supreme Court of Errors of Connecticut.  Certiorari denied.  *Frederick J. Rundbaken* for petitioner.

No. 39.  BARTKUS *v.* ILLINOIS, 355 U. S. 281; and
No. 41.  LADNER *v.* UNITED STATES, 355 U. S. 282.  Petitions for rehearing granted.  The judgments entered January 6, 1958, are vacated and the cases are restored to the calendar for reargument immediately preceding No. 534.  *Walter T. Fisher,* acting under appointment by the Court, 352 U. S. 958, for petitioner in No. 39.  *Harold Rosenwald,* acting under appointment by the Court, 352 U. S. 959, for petitioner in No. 41.  Reported below: No. 39, 7 Ill. 2d 138, 130 N. E. 2d 187; No. 41, 230 F. 2d 726.

No. 488, Misc.  IRIZARRY Y PUENTE *v.* PRESIDENT AND FELLOWS OF HARVARD COLLEGE ET AL., *ante,* p. 947.  Rehearing denied.  MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.